**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 8, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

    Re:    <u>Wolff, et ano. v. Glenn, et al.</u>, 20 Civ. 03651 (ER)

Your Honor:

    We represent Plaintiffs Michael Wolff and Victoria Wolff.

    On October 8, 2020, the Parties filed a Stipulation and Protective Order for the Production and Exchange of Confidential Information (the "Proposed Protective Order") (D.E. 28) which has been executed by the Parties.

    Plaintiffs request that the Court so-order the Proposed Protective Order.

    We thank the Court for its courtesies.

    Respectfully,

    /s/ Noah H. Bunzl

    Noah H. Bunzl

cc: Richard G. Menaker (via ECF and email)
    Stephen M. Forte (via ECF and email)