UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WOLFF and VICTORIA WOLFF,

                Plaintiffs,

- against -

DAVID W. GLENN and ANGELA GLENN,

                Defendants,

- and –

DAVID W. SHIPPER, ESQ., as ESCROWEE,

                Relief Defendant.

**ORDER**

20 Civ. 3651 (ER)

RAMOS, D.J.

      On May 11, 2020, Michael and Victoria Wolff brought this action against David and Angela Glenn, and David W. Shipper, Esq. as escrowee, for breach of contract and related claims.  Doc. 1.  On November 13, Plaintiffs filed a motion to quash a subpoena under seal.  Docs. 39, 40.  The Court accepts Plaintiffs' motion, confirms that it is properly filed under seal, and sets the following briefing schedule on the motion:  Defendants' opposition is due November 30, 2020 and Plaintiffs' reply is due December 7, 2020.  The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 39.

      It is SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                            Edgardo Ramos, U.S.D.J.