**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

December 7, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

      Re:    <u>Wolff, et ano. v. Glenn, et al.</u>, 20 Civ. 03651 (ER)

Your Honor:

      We represent Plaintiffs in the above-referenced matter.  We write to inform the Court that the Parties have reached an agreement in principle on settlement, subject to the execution of a binding settlement agreement.  We will keep the Court informed of our progress.  Counsel for Defendants has reviewed and approved the contents of this letter.

      We thank the Court for its courtesies.

      Respectfully,

      <u>/s/ Noah H. Bunzl</u>
      Noah H. Bunzl

cc: Richard G. Menaker, Esq. (via ECF and email)
    Stephen M. Forte, Esq. (via ECF and email)